# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Mary Berger–Royals

                      Plaintiff,

v.                                                       Case No.: 1:11–cv–04678
                                                            Honorable Milton I. Shadur

Thomas J. Dart, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 7, 2012:

      MINUTE entry before Honorable Milton I. Shadur:Motion for sanctions [57] is granted. Defendant's counsel is ordered to reimburse Plaintiff's counsel his fees in connection with his filing of the motion to compel and motion for sanctions. Status hearing held on 8/7/2012. Status hearing set for 10/17/2012 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.